UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Raymond A. Jolly, | Civil No. 08-920 (RHK/FLN) |
| Petitioner, | **ORDER** |
| v. | |
| Department of Corrections Stillwater, | |
| Respondent. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated April 14, 2008, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 3) is **ADOPTED**;

2. Petitioner's application for a writ of habeas corpus (Doc. No.1) is summarily **DENIED**; and

3. This action is **DISMISSED WITHOUT PREJUDICE**.

Dated:  May 12, 2008

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge